

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00057-CV

| | | |
|---|---|---|
| ANNE JENKINS, Appellant | § | On Appeal from the 362nd District Court |
| V. | § | of Denton County (23-8527-362) |
| | § | August 21, 2025 |
| C&W JOHNSON MGT CO., JMCII/JMC PARTNERS D/B/A MCDONALD'S, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Anne Jenkins shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel